# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>SEALED,<br><br>DEFENDANT(S). | CASE NUMBER:<br>22-01530MJ-DUTY<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 9/21/2022 | 8 | App of Non-Resident Atty to Appear Pro Hac Vice |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Local Rule 83-2.1.3.3 (b)(3) requires a pro hac vice application to include: "a Certificate of Good Standing from each state bar in which the applicant is a member, issued no more than 30 days before filing the Application of Nonresident Attorney to Appear in a Specific Case." The amended pro hac vice application was filed on September 21, 2022, but the certificate of good standing from the DC Bar was issued on August 19, 2002 – more than 30 days before the date of the amended application.

Dated: 9/22/2022      By: *[signature]* Alex Mack

~~U.S. District Judge~~ / U.S. Magistrate Judge