UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**UNDER SEAL**

**CRIMINAL MINUTES – GENERAL**

Case No. **MJ 22-01530-DUTY-1**                                              Date: **October 18, 2022**

Present: The Honorable: **Steve Kim, United States Magistrate Judge**

Interpreter **N/A**

| Connie Chung | N/A | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Not Present | | | | Not Present | | | |

**Proceedings:** **UNDER SEAL** **(IN CHAMBERS)** ORDER RE: MOTION TO PARTIALLY UNSEAL THE DOCKET

The government is ordered to file an opposition, or statement of non-opposition, to the motion by Thursday, October 20, 2022 at 4:00 PM. Any optional reply in support of the motion is due by October 21, 2022 at 4:00 PM. The matter will be submitted on the papers, unless otherwise ordered.