J. Michael Hannon
*Pro Hac Vice*, D.C. Bar #352526
HANNON LAW GROUP, LLP
1800 M Street, N.W., Ste. 850 S
Washington, D.C. 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
Email: jhannon@hannonlawgroup.com

Attorney for Movant Ambassador Richard G. Olson, Jr. [Ret.]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of the Search of:<br><br>Information stored within the iCloud Account Associated with DSID/Apple Account Number: 1338547227 and/or email address rickscafedxb@yahoo.com at Apple, Inc., One Apple Parkway, Cupertino, CA 95014 | Case No.: 2:22-MJ-1530<br><br>**FILED UNDER SEAL**<br><br>**RICHARD G. OLSON, JR.'S REPLY IN SUPPORT OF HIS MOTION TO PARTIALLY UNSEAL THE DOCKET** |

1  Movant, Ambassador Richard G. Olson, Jr. [Ret.], through counsel, respectfully
2  presents this reply in support of his motion to partially unseal the docket.

3  **II. ARGUMENT.**

4  In his motion, Amb. Olson sought to unseal the docket sheet, the Government's
5  various applications for leave to file under seal, and any other filings and orders related to
6  the sealing or unsealing of the April 15, 2022 Application for Warrant and Affidavit.
7  Importantly, Amb. Olson does not seek to unseal the Affidavit in support of the
8  application.

9  The Government opposes the motion, arguing that the common law right of access
10 does not apply to "warrant proceedings and materials" while the criminal investigation is
11 ongoing. The Government then offers the declaration of Assistant United States Attorney
12 Daniel J. O'Brien, asserting that although Amb. Olson has pled guilty, the "investigation
13 remains ongoing as to other individuals." The Government also argues that secrecy is
14 necessary to protect grand jury information contained in the warrant materials. AUSA
15 O'Brien asserts that the sealing application "sets forth a detailed justification for sealing
16 the search warrant application and related documents."

17 The Government's argument misses the point. Amb. Olson does not ask the Court
18 to unseal anything containing grand jury information. He agrees that the warrant
19 application should never have been unsealed, and that it should remain sealed to avoid
20 further dissemination. Amb. Olson only seeks to understand how the documents became
21 unsealed in the first place. Amb. Olson believes AUSA O'Brien intentionally caused the
22 documents to become unsealed to embarrass Amb. Olson, in retaliation for Amb. Olson's
23 request to continue the plea hearing until after AUSA O'Brien complied with his *Brady*
24 obligations. To this end, Amb. Olson seeks to learn how the documents were unsealed,
25 what representations were made to the Court when having them placed back under seal,
26 and when these events occurred.

27 Moreover, the Government's purported concerns about secrecy ring hallow in light
28 of its apparent failure to maintain the secrecy of the warrant application. As explained in

Amb. Olson's motion, those documents are now irretrievably public. The *only* thing that remains secret is how and why they became public. The government does not deny that maintaining the affidavit under seal was the professional obligation of AUSA O'Brien, whose declaration and opposition are self-serving.

### III. CONCLUSION.

For the foregoing reasons, Amb. Olson respectfully requests that the Court unseal the docket sheet, the Government's various applications for leave to file under seal, this motion, and any other filings and orders related to the sealing or unsealing of the April 15, 2022 Application for Warrant and Affidavit.

DATED:    October 21, 2022        Respectfully submitted,

*s/J. Michael Hannon*
J. Michael Hannon
*Pro Hac Vice*, D.C. Bar # 352526
HANNON LAW GROUP, LLP
1800 M Street N.W., Ste 850 S
Washington, D.C. 20036
Tel: (202) 232 – 1907
Fax: (202) 232 – 3704
Email: jhannon@hannonlawgroup.com

Attorney for Movant Ambassador Richard G. Olson, Jr. [Ret.]

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Motion to Partially Unseal the Docket, was served via First Class U.S. Mail, on October 21, 2022, on **Daniel J. O'Brien** of the U.S. Attorney's Office for the Central District of California, Major Frauds Section, 312 North Spring Street, 15th Floor, Los Angeles, CA 90012.

*s/J. Michael Hannon*
J. Michael Hannon
*Pro Hac Vice*, D.C. Bar # 352526
HANNON LAW GROUP, LLP
1800 M Street N.W., Ste 850 S
Washington, D.C. 20036
Tel: (202) 232 – 1907
Fax: (202) 232 – 3704
Email: jhannon@hannonlawgroup.com

Attorney for Movant Ambassador Richard G. Olson, Jr. [Ret.]