UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.   2:22-mj-01530                                                              Date: October 28, 2022

Present: The Honorable Steve Kim, U.S. Magistrate Judge

Interpreter   N/A

| Connie Chung | N/A | Not present |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present Cust Bond | Attorneys for Defendants: | Present App Ret |
|---|---|---|---|
| Not present | | Not present | |

**Proceedings: (IN CHAMBERS) ORDER RE MOTION TO PARTIALLY UNSEAL THE DOCKET [ECF 13]**

Movant Richard G. Olson Jr.'s motion to partially unseal the docket is GRANTED IN PART ONLY. The Court Clerk is instructed to unseal this case except for the underlying documents filed at ECF 1 through ECF 5, which shall remain under seal in accordance with Judge Rosenbluth's June 8, 2022 sealing order. By the terms of that order (ECF 5), no documents were to be automatically filed under seal afterward in this case; instead, they were ordered to be sealed only on a document-by-document basis pursuant to properly filed applications to seal supported by the required legal cause for each document. Thus, the documents filed at ECF 6 through ECF 16 should never have been filed under seal without an accompany application and court order, and so they are now ordered unsealed, along with this order itself. There never should have been, and so there shall no longer be, any automatic sealing of documents filed in this case without a court order.

As a result, movant's request to unseal the ex parte application and attachments filed at ECF 4 is DENIED to the extent that he seeks to obtain the attached Declaration of Daniel O'Brien by means of unsealing the application and its attachments to the public at large. However, to the extent that movant seeks to obtain the O'Brien Declaration for litigation purposes in his criminal case, including for the upcoming sentencing on December 21, 2022, he is entitled to that declaration as criminal discovery. Therefore, the United States government is ordered to produce the O'Brien Declaration filed at ECF 4 to the movant subject to the protective order for confidential information already issued in the District Court for the District of Columbia (Case No. 1:22-cr-144, ECF 16).